IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-231-MOC-DCK

| | |
|---|---|
| ZACHARY BUCHHOLZ and JESSICA HERNANDEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOURMET SUBS OF CHARLOTTE, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) **ORDER**<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 12) filed by Sarah Sloan Batson, concerning Matthew E. Radler on June 15, 2017. Mr. Matthew E. Radler seeks to appear as counsel *pro hac vice* for Defendant Gourmet Subs of Charlotte, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 12) is **GRANTED.** Mr. Matthew E. Radler is hereby admitted *pro hac vice* to represent Defendant Gourmet Subs of Charlotte, LLC.

**SO ORDERED**.

Signed: June 16, 2017

David C. Keesler
United States Magistrate Judge