IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-231-MOC-DCK

| | |
|---|---|
| ZACHARY BUCHHOLZ and JESSICA HERNANDEZ, on behalf of themselves and all others similarly situated, ) ) ) ) Plaintiffs, ) ) v. ) GOURMET SUBS OF CHARLOTTE, LLC, ) ) Defendant. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 19) filed by Philip J. Gibbons, Jr., concerning Fran L. Rudich on July 17, 2017. Ms. Fran L. Rudich seeks to appear as counsel *pro hac vice* for Plaintiffs Zachary Buchholz and Jessica Hernandez. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 19) is **GRANTED.** Ms. Fran L. Rudich is hereby admitted *pro hac vice* to represent Plaintiffs Zachary Buchholz and Jessica Hernandez.

**SO ORDERED**.

Signed: July 18, 2017

David C. Keesler
United States Magistrate Judge