# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-231-MOC-DCK

| | |
|---|---|
| ZACHARY BUCHHOLZ and JESSICA HERNANDEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOURMET SUBS OF CHARLOTTE, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) **ORDER**<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 20) filed by Philip J. Gibbons, Jr., concerning Seth R. Lesser on July 17, 2017. Mr. Seth R. Lesser seeks to appear as counsel *pro hac vice* for Plaintiffs Zachary Buchholz and Jessica Hernandez. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 20) is **GRANTED.** Mr. Seth R. Lesser is hereby admitted *pro hac vice* to represent Plaintiffs Zachary Buchholz and Jessica Hernandez.

**SO ORDERED**.

Signed: July 18, 2017

David C. Keesler
United States Magistrate Judge