IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-231-MOC-DCK

| | |
|---|---|
| ZACHARY BUCHHOLZ and JESSICA HERNANDEZ, on behalf of themselves and all other similarly situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GOURMET SUBS OF CHARLOTTE, LLC, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Approval Of Stipulation And Order For Conditional Certification Of Action As FLSA Collective Action" (Document No. 26) filed September 29, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, noting agreement of the parties, and in consultation with Judge Cogburn's chambers, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Approval Of Stipulation And Order For Conditional Certification Of Action As FLSA Collective Action" (Document No. 26) is **GRANTED**.

Signed: September 29, 2017

David C. Keesler
United States Magistrate Judge