IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:17-CV-231-MOC-DCK

| | |
|---|---|
| ZACHARY BUCHHOLZ and<br>JESSICA HERNANDEZ, on behalf of<br>themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOURMET SUBS OF CHARLOTTE, LLC,<br><br>Defendant. | |

## ORDER APPROVING FORM OF NOTICE
## TO BE SENT TO POTENTIAL COLLECTIVE ACTION MEMBERS

COME NOW, Plaintiffs Zachary Buchholz and Jessica Hernandez ("Plaintiffs") and Defendant Gourmet Subs of Charlotte, LLC ("Defendant"), who, by and through their undersigned counsel, request this Court enter an Order approving the form of notice (the "Notice") to be sent to potential collective action members.

WHEREAS, on September 29, 2017, the Court entered an Order conditionally certifying a collective action in this matter pursuant to a stipulation between the Parties (the "Order") (Dkt. No. 28);

WHEREAS, the Order directs the Parties to meet and confer about the procedure and form of Notice to be sent to potential members of the collective action, the means of delivery, the time period for potential class members to opt in to this action, and the procedure to withdraw;

WHEREAS, the Parties have met and conferred as directed by the Order and have submitted for the Court's review a proposed Notice to be sent to potential members of the collective action;

1

WHEREAS the Parties have no outstanding disagreements regarding the proposed Notice; and

WHEREAS, the Court has reviewed the proposed Notice and deems it compliant with the Court's directive as stated in the Order;

WHEREFORE, in light of the foregoing and having been fully advised in the premises hereof, **IT IS HEREBY ORDERED THAT**:

1. The proposed Notice submitted by the Parties is approved for immediate distribution to potential members of the collective action.

**IT IS SO ORDERED**.

Signed: December 27, 2017

David C. Keesler
United States Magistrate Judge

**AGREED AS TO FORM AND SUBSTANCE**:

Dated: December 20, 2017

Respectfully submitted,

| | |
|---|---|
| By: /s/ Michael S. Disbrow<br>Matthew S. Disbrow, *admitted pro hac vice*<br>Christopher R. Kazanowski, *admitted pro hac vice*<br>Matthew Radler*, admitted pro hac vice*<br>HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3506<br>(313) 465-7000<br>(313) 465-8000<br>mdisbrow@honigman.com<br><br>Sarah Sloan Batson, N.C. Bar # 42066<br>Mark W. Bakker, N.C. Bar # 21906<br>NEXSEN PRUET, PLLC<br>55 E. Camperdown Way<br>Greenville, SC 29601<br>(864) 282-1113<br>(864) 298-3999<br>SBatson@nexsenpruet.com | /s/ Philip J. Gibbons, Jr.<br>Philip J. Gibbons, Jr., NC Bar #52076<br>PHIL GIBBONS LAW, P.C.<br>15720 Brixham Hill Ave #331<br>Charlotte, NC 28227<br>(704) 612-0038<br>(704) 612-0038<br>phi1@philgibbons1aw .com<br><br>Seth R. Lesser, *admitted pro hac vice*<br>Fran L. Rudich, *admitted pro hac vice*<br>Christopher M. Timmel, *admitted pro hac vice*<br>KLAFTER OLSEN & LESSER LLP<br>Two International Drive, Suite 350<br>Rye Brook, New York 10573<br>(914) 934-9200<br>(914) 934-9220<br>E.seth@klafterolsen.com<br>fran@klafterolsen.com<br>christopher.timmel@klafterolsen.com<br>*Attorneys for Plaintiffs* |

*Attorneys for Defendant*