UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-231-MOC-DCK

| | |
|---|---|
| ZACHARY BUCHHOLZ and JESSICA HERNANDEZ, on behalf of themselves and all others similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>GOURMET SUBS OF CHARLOTTE, LLC, )<br>)<br>Defendant. ) | ORDER |

**THIS MATTER** is before the court on the parties' Joint Request for Status Conference and Judicial Settlement Conference. Pursuant to Local Rule 16.3(d), any party may request a judicial settlement conference, and any judicial officer of the district besides the officer to whom the case is assigned for disposition may preside over one. Having considered the parties' motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the parties' Joint Request for Status Conference and Judicial Settlement Conference (#35) is **GRANTED**. The Clerk of Court is respectfully instructed to calendar a telephone conference between the parties and a judicial officer of this district, excluding the undersigned.

Signed: August 29, 2018

Max O. Cogburn Jr.
United States District Judge