UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00231-MOC-DCK

| | |
|---|---|
| **JESSICA HERNANDEZ**<br>**ZACHARY BUCHHOLZ**, on behalf of themselves<br>and all others similarly situated,<br><br>Plaintiffs,<br><br>Vs.<br><br>**GOURMET SUBS OF CHARLOTTE, LLC**,<br><br>Defendant. | ORDER |

**THIS MATTER** is before the Court on the joint Motion for Order Approving Settlement and Dismissing Case (#38). The Court has reviewed the settlement in this case signed by all Named and Opt-In Plaintiffs, and, comparing such with the pleadings already filed in the case, finds the settlement to be a fair, adequate, and reasonable compromise of a dispute under the *Fair Labor Standards Act*, 29 U.S.C. § 201, *et seq.* (the "FLSA"). Based on such determination, the Court enters the following Order approving the settlement, dismissing the case, and retaining jurisdiction to enforce the terms of the agreement if necessary.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion for Order Approving Settlement and Dismissing Case (#38) is **GRANTED**, the proposed settlement is **APPROVED** as it is a fair, adequate, and a reasonable compromise of a dispute under the *Fair Labor Standards Act*, and this

-1-

action is **DISMISSED** with prejudice, with the Court retaining jurisdiction to enforce the terms of the agreement, if necessary.

**IT IS FURTHER ORDERED t**hat each party shall bearing their own attorneys' fees and costs, except as set forth in the settlement agreement.

The Clerk of Court is instructed to close this case.

Signed: November 16, 2018

Max O. Cogburn Jr
United States District Judge