# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Jessica Hernandez ) | | JUDGMENT IN CASE |
| Zachary Buchholz, | | |
| ) | | |
| Plaintiff(s), ) | | 3:17-cv-00231-MOC-DCK |
| ) | | |
| vs. ) | | |
| ) | | |
| Gourmet Subs of Charlotte, LLC, ) | | |
| Defendant(s). ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 16, 2018 Order.

November 16, 2018

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court